081617.0015.2V.01039638.001     UNITED STATES BANKRUPTCY COURT     1700815.Court.278
Eastern District of North Carolina Wilmington Division
Case 17-00815-5-SWH    Doc 13    Filed 08/17/17    Entered 08/17/17 09:09:39    Page 1 of 7

```
                                            IN RE
                                            ARTHUR E. WHEDBEE
                                            P.O. BOX 457
  1700815-Court-A-U.S.
  BRUCE F JOBE                               CLARKTON, NC 28433
  ATTORNEY AT LAW                                    SSN or Tax I.D.   XXX-XX-1569
  4312 LUDGATE STREET                       ------------------------------
  LUMBERTON, NC 28358-0000                  GAIL S. WHEDBEE
                                            P.O. BOX 457

                                            CLARKTON, NC 28433
                                                    SSN or Tax I.D.   XXX-XX-7404

  U.S. Bankruptcy Court
  P.O. Box 791
  Raleigh, NC 27602
                                                    Chapter 13
                                                    Case Number:  17-00815-5-SWH
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 09/18/2017, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                        U.S. Bankruptcy Court
                        PO Box 791
                        Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                       Attorney:                        Trustee:
ARTHUR E. WHEDBEE                BRUCE F JOBE                     Joseph A. Bledsoe, III
P.O. BOX 457                     ATTORNEY AT LAW                  P.O. Box 1618
CLARKTON, NC 28433               4312 LUDGATE STREET              New Bern, NC 28563
-------------------------------  LUMBERTON, NC 28358-0000
GAIL S. WHEDBEE
P.O. BOX 457
CLARKTON, NC 28433
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  August 16, 2017                      Joseph A. Bledsoe, III
                                            Chapter 13 Trustee
                                            P.O. Box 1618
                                            New Bern, NC 28563

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:                                                                                          CASE NUMBER: 17-00815-5-SWH

    **ARTHUR E. WHEDBEE**

    **GAIL S. WHEDBEE**

                                                               **CHAPTER 13**

          **DEBTOR(S)**

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on April 5, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    | | | | |
    |---|---|---|---|
    | $200.00 | for | 6 | Months |
    | $205.00 | for | 30 | Months |
    | | for | | Months |
    | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 4, 2017 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before August 16, 2017 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #001 AMERICAN HONDA FINANCE CORPORATION | '15 HONDA CIVIC | OUTSIDE |
| #002 AMERICAN HONDA FINANCE CORPORATION | '15 HONDA CIVIC – ARREARS | $340.00 TO BE PAID BY TRUSTEE OVER LIFE OF PLAN |
| #800 BANK OF AMERICA | 142 E. ROBERTS STREET | OUTSIDE |
| #802 BANK OF AMERICA | 142 E. ROBERTS STREET – ARREARS | $1,166.00 TO BE PAID BY TRUSTEE OVER LIFE OF PLAN |
| #820 WILMINGTON SAVINGS FUNDS SOCIETY FSB / SELECT PORTFOLIO SERVICING | 142 E. ROBERTS STREET | OUTSIDE |
| #822 WILMINGTON SAVINGS FUNDS SOCIETY FSB / SELECT PORTFOLIO SERVICING | 142 E. ROBERTS STREET – ARREARS | $465.44 TO BE PAID BY TRUSTEE OVER LIFE OF PLAN |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

   NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                                        s/ Joseph A. Bledsoe, III  
                                                       Joseph A. Bledsoe, III  
                                                       Standing Chapter 13 Trustee

## EXHIBIT 'A'    CASE NUMBER: 17-00815-5-SWH

**DEBTORS:** ARTHUR E. WHEDBEE
GAIL S. WHEDBEE

**EMPLOYMENT:**

Debtor: MAYOR OF TOWN OF CLARKTON,    GROSS INCOME:    $28,858.32
SOCIAL SECURITY, RETIREMENT,
AND TAX REFUND

Spouse: SOCIAL SECURITY, RETIREMENT,    $17,377.80
AND TAX REFUND

**Prior Bankruptcy cases:**    Yes ☐    No ☒    If so, Chapter ___ filed ___
Disposition:

**Real Property:**  House and Lot ☒  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $164,000.00 | Date Purchased | |
| Liens | $110,673.69 | Purchase Price | |
| Exemptions | $53,326.31 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | $921.93 | Tax Value | |

**COMMENTS:**

| **Attorney Fees:** | Requested: | $5,000.00 | (excluding filing fee) |
|---|---|---|---|
| | Paid: | $112.00 | (excluding filing fee) |
| | Balance: | $4,888.00 | |

**Trustee's Recommendation:**    $5,000.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $53,446.22 | Pay in | $7,350.00 | Priority | 100.00% |
| Priority | $4,891.00 | Less  6.00% | $ 441.00 | Secured | 100.00% |
| Secured | $1,971.44 | Subtotal | $6,909.00 | Unsecured | 0.10% |
| Unsecured | $46,583.78 | Req. Atty. Fee | Incl. w/ claims | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $6,909.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Payroll Deduction:**   Yes ☐   No ☒

**Objection to Confirmation:**   Yes ☐   No ☒

Pending:  SEE COURT DOCKET
Resolved: SEE COURT DOCKET

**Motions Filed:**   Yes ☐   No ☒

If so, indicate type and status:   SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1700815 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 08-15-2017.01039638.LSA000 | | DATED: 08/16/2017 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | ARTHUR E. WHEDBEE | P.O. BOX 457<br>CLARKTON, NC 28433 |
| Joint | | GAIL S. WHEDBEE | P.O. BOX 457<br>CLARKTON, NC 28433 |
| 799 | 000002 | BRUCE F JOBE<br>4312 LUDGATE STREET | ATTORNEY AT LAW<br>LUMBERTON, NC 28358-0000 |
| 018 | 000021 | CAVALRY SPV I, LLC<br>STE 400 | 500 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 |
| 015 | 000025 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 014 | 000011 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 003 | 000009 | BANK OF AMERICA | PO BOX 15168<br>WILMINGTON, DE 19850 |
| 010 | 000018 | PORTFOLIO RECOVERY ASSOC | PO BOX 41067<br>NORFOLK, VA 23541 |
| 016 | 000026 | NC DEPARTMENT OF REVENUE | PO BOX 871<br>RALEIGH, NC 27602-0871 |
| 017 | 000012 | NC DEPT OF REVENUE<br>PO BOX 1168 | ANGELA C FOUNTAIN BANKRUPTCY<br>RALEIGH, NC 27602-1168 |
| 012 | 000010 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 008 | 000024 | BB&T<br>PO BOX 1847 | ATTN: JACK HAYES<br>WILSON, NC 27894 |
| 004 | 000013<br>*CM | BRANCH BANKING & TRUST CO<br>BKY SECT 100-50-01-51 / PO BOX 1847 | ATTN: JACK HAYES/ CONFIDENTIAL<br>WILSON, NC 27894-1847 |
| 005 | 000014 | BRANCH BANK AND TRUST COMPANY<br>PO BOX 1847 | MR. JACK R. HAYES<br>WILSON, NC 27894-1847 |
| 006 | 000015<br>*CM | BRANCH BANKING & TRUST CO<br>BKY SECT 100-50-01-51 / PO BOX 1847 | ATTN: JACK HAYES/ CONFIDENTIAL<br>WILSON, NC 27894-1847 |
| 007 | 000016<br>*CM | BRANCH BANKING & TRUST CO<br>BKY SECT 100-50-01-51 / PO BOX 1847 | ATTN: JACK HAYES/ CONFIDENTIAL<br>WILSON, NC 27894-1847 |
| 022 | 000028 | SHAPIRO & INGLE, LLP<br>CHAPTER 13 BANKRUPTCY | 10130 PERIMETER PARKWAY, STE. 400<br>CHARLOTTE, NC 28216 |
| 021 | 000027 | BANK OF AMERICA, N.A.<br>POST OFFICE BOX 2505 | C/O JOSEPH J. VONNEGUT<br>FAYETTEVILLE, NC 28302 |
| 013 | 000020 | GLEN FLORA, INC.<br>5701 FAYETTEVILLE RD | MANAGING AGENT<br>LUMBERTON, NC 28360-2163 |
| 019 | 000022 | SYNCHRONY BANK<br>PO BOX 956060 | ATTN: BANKRUPTCY<br>ORLANDO, FL 32896 |
| 800 | 000007<br>*CM | BANK OF AMERICA | PO BOX 31785<br>TAMPA, FL 33631-3785 |
| 802 | 000008<br>*CM | BANK OF AMERICA | PO BOX 31785<br>TAMPA, FL 33631-3785 |
| 011 | 000019 | DISCOVER BANK<br>PO BOX 3025 | DISCOVER BANK DISCOVER PRODUCTS<br>NEW ALBANY, OH 43054-3025 |

| CASE: 1700815 | TRUSTEE: 2V | COURT: 278 | Page 2 of 2 |
|---|---|---|---|
| TASK: 08-15-2017.01039638.LSA000 | | DATED: 08/16/2017 | |

| | | | |
|---|---|---|---|
| 020 | 000023 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 001 | 000003 | AMERICAN HONDA FINANCE CORPORATION<br>CHAPTER 13 RECOVERY | PO BOX 168088<br>IRVING, TX 75016-8088 |
| 002 | 000004 | AMERICAN HONDA FINANCE CORPORATION<br>CHAPTER 13 RECOVERY | PO BOX 168088<br>IRVING, TX 75016-8088 |
| 820 | 000005<br>*CM | WILMINGTON SAVINGS FUND SOCIETY FSB<br>PO BOX 65450 | C/O SELECT PORTFOLIO SERVICING<br>SALT LAKE CITY, UT 84165-0450 |
| 822 | 000006<br>*CM | WILMINGTON SAVINGS FUND SOCIETY FSB<br>PO BOX 65450 | C/O SELECT PORTFOLIO SERVICING<br>SALT LAKE CITY, UT 84165-0450 |
| 009 | 000017 | CAVALRY SPV I, LLC<br>3936 E FT. LOWELL RD, SUITE #200 | BASS & ASSOCIATES, PC<br>TUCSON, AZ 85712 |

31 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/16/2017.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   08/16/2017   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail